UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GLEN A. HESS, 

    Plaintiff,

vs.

CITY OF HUBER HEIGHTS, *et al.*,

    Defendants.

Case No. 3:13-cv-312

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

### ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #35), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on July 8, 2014 (Doc. #35) is **ADOPTED** in full;

2. Defendants' motions to dismiss (docs. 6, 9, 10) are **GRANTED**; and

3. This case is terminated on the docket of this Court.

Date: 7-31-14

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE