AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Glenn A. Hess | ) |
| *Plaintiff* | ) |
| v. | )      Civil Action No.  3:13-cv-312 |
| City of  Huber Heights, et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Defendant's Motion to Dismiss is GRANTED

.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  Walter H. Rice _____ on a motion for
Order for Report and Recommendations

Date: _____07/31/2014_____

*CLERK OF COURT*

*Signature of Clerk or Deputy*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western        DIVISION


_____Glenn A. Hess_____          :
            *Plaintiff*                      :
                                             :
              vs                             :     Case Number:  3:13-cv-312
                                             :
___City of  Huber Heights, et al___          :
            *Defendant*                      :
                                             :


NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on _____07/31/2014_____.

         If applicable to this case, the disposal date  will be six (6) months from the above
termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be
considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be
withdrawn by counsel without further Order within six (6) months after final termination of the
action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the
Clerk as waste at the expiration of the withdrawal period.


JOHN P. HEHMAN, CLERK


By: .

*CLERK OF COURT*

*Signature of Clerk or Deputy*